# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                             )<br>                       Plaintiff,            )<br>                                                             )<br>vs.                                                        )<br>                                                             )<br>BRIAN LEE REYNOLDS,                    )<br>                                                             )<br>                       Defendant.        )<br>_____) | Case No. 2:13-cr-00173-LDG-PAL<br><br>**ORDER** |

This matter is before the court on a letter (Dkt. #17) from Defendant Brian Reynolds ("Reynolds") which the district judge referred to the undersigned. Reynolds reports that he is currently housed at CCCA in Pahrump and suffers from panic attacks. He states that he is being given too much medication when there is only one pill that can help him. The facility will not give him that pill because it is a narcotic. He asks for the court's intervention.

The court directed the U.S. Marshals to investigate and report on Reynolds' complaint. The U.S. Marshals complied and investigated Reynolds' complaint with the medical providers in the Pahrump detention facility. The medical providers report that Mr. Reynolds has been seen by a doctor and a psychiatrist. The medication he is seeking is Xanax which has apparently been prescribed to him in the past. The psychiatrist indicates that Xanax is a highly addictive medication that is not intended for long term use and contraindicated because of Reynolds' prior substance abuse history. The court will not interfere with the judgment of the medical professional prescribing medication concerning the propriety of the medications Reynolds should or should not receive. This is a medical issue which only a doctor authorized to practice medicine may decide, and not a legal one for a judge to decide.

///

///

1  **IT IS ORDERED** that the clerk of the court shall serve a copy of this order on the Defendant at
2  the Nevada Southern Detention Center in Pahrump, Nevada.
3  Dated this 3rd day of September, 2013.

_____
Peggy A. Leen
United States Magistrate Judge