DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: admin@fischerlawlv.com
*Attorney for Defendant BRIAN REYNOLDS*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN LEE REYNOLDS,<br><br>Defendant. | Case No. 2:13-cr-00173-LDG-PAL<br><br>**ORDER FOR DETERMINATION OF MENTAL COMPETENCY TO STAND TRIAL PURSUANT TO 18 USC § 4241** |

THIS MATTER having come before the Court upon the Motion filed by the Defendant's attorney, and good cause having be shown,

IT IS HEREBY ORDERED that the Calendar Call on July 21, 2015 at 2:00 p.m., and the Jury Trial beginning on July 27, 2015 at 9:00 a.m are VACATED.

IT IS FURTHER ORDERED that a hearing shall be held on the __2nd__ day of __November__, 2015 at __10:00 AM__., to determine the mental competency of the Defendant to stand trial.

ORDERED this ____ day of __July__, 2015.

BY THE COURT

_____
U.S. DISTRICT JUDGE
LLOYD D. GEORGE