DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: admin@fischerlawlv.com
*Attorney for Defendant BRIAN REYNOLDS*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,  | Case No. 2:13-cr-00173-LDG-PAL |
|---|---|
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE** |
| BRIAN REYNOLDS, | **SENTENCING HEARING** |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Monday, February 8, 2016 at the hour of 10:00 a.m., is vacated and continued to the __17th__ day of __March__, 201_6_, at the hour of _2:00 p.m._

SO ORDERED this ___9___ day of February, 2016

BY THE COURT

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE