1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | 2:13-cr-00173-LDG-PAL |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRIAN LEE REYNOLDS, | ) | |
| | ) | |
| Defendant. | ) | |

On March 25, 2016, this Court granted Defendant Brian Lee Reynolds' Motion to Withdraw as Attorney (doc. 63) and ordered that new counsel be appointed (doc. 69).

IT IS HEREBY ORDERED that Christopher R. Oram, Esq. is appointed as counsel in place of David R. Fischer, Esq. for all future proceedings.

Mr. Fischer shall forward the file to Mr. Oram forthwith.

DATED this _31_ day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE