1  CHRISTOPHER R. ORAM, ESQ.
   Nevada Bar no. 4349
2  520 South 4th Street, # 370
   Las Vegas, Nevada 89101
3  (702) 384-5563

4  Attorney for Defendant
   BRIAN REYNOLDS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00173-LDG-PAL |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING** |
| BRIAN REYNOLDS, | |
| Defendant. | |

COMES NOW, Defendant, BRIAN REYNOLDS, by and through his attorney, CHRISTOPHER R. ORAM, ESQ., and hereby submits this Motion to Continue Sentencing scheduled for May 2, 2016, at 10:00a.m.

DATED this 27th day of April, 2016.

By:   /s/ Christopher R. Oram, Esq.
      CHRISTOPHER R. ORAM
      Nevada Bar #004349
      520 South Fourth Street.,
      Las Vegas, Nevada 89101

      Attorney for Defendant
      BRIAN REYNOLDS

1

**POINTS AND AUTHORITIES**

The undersigned was recently appointed to represent Mr. Reynolds on March 28, 2016, in regards to his upcoming sentencing. This is the undersigned's first request for a continuance of the sentencing in this case.

On April 25, 2016, the undersigned met with Mr. Reynolds at the Pahrump detention facility. After meeting with Mr. Reynolds, it has become apparent that there are many tasks to be completed prior to sentencing. Additionally, the undersigned requires additional time to review the file.

As the undersigned was recently appointed, it is respectfully requested the Court allow the undersigned additional time to prepare for sentencing.

**CONCLUSION**

Therefore, based on the foregoing, the undersigned respectfully requests this Court grant this motion and continue the sentencing hearing scheduled for May 2, 2016, at 10:00a.m.

DATED this 27th day of April, 2016.

/s/ Christopher R. Oram, Esq.
CHRISTOPHER R. ORAM, ESQ.
Nevada Bar #004349
520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101
(702) 384-5563

Attorney for Defendant
BRIAN REYNOLDS

**ORDER**

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for May 2, 2016, at 10:00 a.m., be vacated and continued to Thursday, June 16, 2016 at the hour of 10:00 a.m. in courtroom 6B.

Dated this 28 day of April, 2016.

_____
LLOYD D. GEORGE, U.S. DISTRICT JUDGE